in accordance with the general rule of appellate courts in such situations. *Garrison v. R. R.*, 202 N. C., 851, 164 S. E., 115; *Nebel v. Nebel*, 201 N. C., 840, 161 S. E., 223; *Durham v. Lloyd*, 200 N. C., 803, 157 S. E., 136.

Affirmed.

---

ELSIE POOL HORNE v. C. W. HORNE, ADMINISTRATOR OF ASHLEY HORNE, DECEASED, AND C. W. HORNE, INDIVIDUALLY.

(Filed 11 October, 1933.)

APPEAL by certain petitioners from *Frizzelle, J.*, at April Term, 1933, of JOHNSTON. Dismissed.

This is an action to recover on a note for $1,688.57, executed by Ashley Horne and Son, and now owned by the plaintiff.

From the order of the clerk of the Superior Court of Johnston County, denying the petition that the petitioners be made parties defendant in the action, and have leave to file an answer to the complaint, the petitioners appealed to the judge who affirmed the order of the clerk. The petitioners appealed to the Supreme Court.

*Winfield II. Lyon and E. J. Wellons for plaintiff.*
*Parker & Lee and Ruark & Ruark for C. A. Gosney, trustee.*
*Parker & Lee for Farmers Bank of Clayton, and Weisner Farmer, receiver.*

PER CURIAM. The petitioners are not necessary parties to the action. The order denying their petition is not reviewable by this Court. For that reason, the appeal is

Dismissed.

---

ELSIE POOL HORNE v. C. W. HORNE, ADMINISTRATOR OF ASHLEY HORNE, DECEASED, AND C. W. HORNE, INDIVIDUALLY.

(Filed 11 October, 1933.)

APPEAL by certain petitioners from *Frizzelle, J.*, at April Term, 1933, of JOHNSTON. Dismissed.

This is an action to recover on a note for $5,000, executed by Ashley Horne and Son, and now owned by the plaintiff.

From the order of the clerk of the Superior Court of Johnston County, denying the petition that the petitioners be made parties defendant in the action, and have leave to file an answer to the complaint, the petitioners appealed to the judge who affirmed the order of the clerk. The petitioners appealed to the Supreme Court.

*Winfield H. Lyon and E. J. Wellons for plaintiff.*
*Parker & Lee and Ruark & Ruark for C. A. Gosney, trustee.*
*Parker & Lee for Farmers Bank of Clayton, and Weisner Farmer, receiver.*

PER CURIAM. The petitioners are not necessary parties to the action. The order denying their petition is not reviewable by this Court. For that reason, the appeal is

Dismissed.

## J. T. STRAUGHN v. CAPITAL COCA-COLA COMPANY.

(Filed 22 November, 1933.)

APPEAL by plaintiff from *Cranmer, J.,* at Second March Term, 1933, of WAKE.

Civil action to recover damages for injury arising from the alleged negligence of the defendant in placing on the market a bottle of coca-cola containing the decomposed remains of a mouse, which was purchased by the plaintiff and partially consumed by him.

Upon denial of liability, the issue of negligence was answered by the jury in favor of the defendant. From judgment thereon, the plaintiff appeals, assigning errors.

*Gatling & Morris for plaintiff.*
*J. N. Duncan, E. E. Duncan and Murray Allen for defendant.*

PER CURIAM. The case seems to have been tried in substantial conformity to the decisions on the subject. *Corum v. Tobacco Co., ante,* 213; *Broadway v. Grimes,* 204 N. C., 623, 169 S. E., 194; *Perry v. Bottling Co.,* 196 N. C., 175, 145 S. E., 14. The appeal presents no new question of law or one not heretofore settled by a number of decisions. The verdict and judgment will be upheld.

No error.